IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

BILLY T. BROWN     PLAINTIFF

v.     No. 5:11CV00107 KGB-HDY

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration     DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff Billy T. Brown's applications for disability income benefits and supplemental security income, is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2012.

*[signature: Kristine G. Baker]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE